IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Drayton Shealy, on behalf of himself and all others similarly situated, | ) ) ) | C/A No.: 3:08-3057-JFA |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| Student Loan Xpress, Inc.; and Liberty Bank, N.A., | ) ) ) | |
| Defendants. | ) ) ) | |

This matter comes before the court on the parties' joint motion [dkt. # 48] to continue the existing stay [dkt. # 46] of all litigation activity pending final approval of a proposed nationwide class action settlement in the United States District Court for the Middle District of Florida (the "Florida Action"). The court is informed that Plaintiff is participating in the Florida Action's proposed settlement, that the court in the Florida Action held a fairness hearing on March 22, 2010, to determine whether to grant final approval of the proposed settlement, and that the proposed settlement would resolve claims in this case against both defendants. Accordingly, the court hereby grants the parties' joint motion to continue the stay of all litigation activity until September 15, 2010. Should the court in the Florida Action rule on the proposed settlement prior to that time, the parties shall immediately notify the court, through a filing on the docket, and the stay shall be lifted.

IT IS SO ORDERED.

April 16, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge