IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Drayton Shealy, on behalf of himself and all others similarly situated, ) ) ) | Civil Action No. 3:08-cv-3057 |
| Plaintiff, ) ) | |
| vs. ) ) | **ORDER OF STAY** |
| Student Loan Xpress, Inc. and Liberty Bank, N.A., ) ) ) | |
| Defendants. ) ) | |

This matter comes before the Court upon the parties' September 13, 2010, motion to continue the stay of all litigation activity pending a ruling on final approval of the proposed nationwide class action settlement in the United States District Court for the Middle District of Florida (the "Florida Action"). The Court finds good cause exists to grant the motion. Therefore, all litigation activity in this action shall continue to be stayed until forty-five (45) days after the court in the Florida Action enters an order ruling on a motion for final approval of the nationwide class action settlement. The deadline for Defendants to respond to the Complaint shall be thirty (30) days after the date on which the stay is lifted.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

September 14, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge